# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| CLYDE E. L. MANSFIELD, | ) |
| Petitioner, | ) ) ) |
| vs. | ) No. 07-3384-CV-S-RED-H ) |
| MARTY C. ANDERSON, Warden, United States Medical Center for Federal Prisoners, | ) ) ) ) ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Petitioner, an inmate confined at the United States Medical Center for Federal Prisoners, has petitioned this Court for a writ of habeas corpus. The petition has been referred to the undersigned for preliminary review under 28 U.S.C. § 636(b). Because petitioner is entitled to no relief, it will be recommended that leave to proceed in forma pauperis be denied.

As grounds for relief in habeas corpus, the petitioner asserts that the Bureau of Prisons provided false information to the United States Court of Appeals for the Third Circuit regarding the application of mandatory parole date to former military prisoners. He asserts that the Bureau of Prisons failed to enter his two-thirds mandatory parole date in his records when he was transferred to federal custody in March of 1995. As a result of this failure, he contends that his custody level has been adversely affected. He asserts he is entitled to be released immediately on supervised parole, as a result of the abovementioned failures.

A review of the files and records in this case establishes that the two-thirds mandatory parole date has been placed in petitioner's prison records, and that he currently is classified with a

low security level. This is the level to which he is entitled. There is no legal basis for petitioner's request for immediate parole as a penalty for failure of the Bureau of Prisons to act earlier.

Counsel for the petitioner has filed a Motion to Withdraw. Because there are no issues presented for which relief is appropriate, the motion is granted. [1]

For the foregoing reasons, it is, pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri,

RECOMMENDED that petitioner be denied leave to proceed in forma pauperis, and that the petition herein for writ of habeas corpus be dismissed without prejudice.

    /s/ James C. England
**JAMES C. ENGLAND, CHIEF**
**UNITED STATES MAGISTRATE JUDGE**

Date: January 30, 2008

---

[1] Petitioner has 10 days to file exceptions to the Report and Recommendation of the United States Magistrate Judge.